General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Eddie L. Williams

Case Number: 4:24 CV 750 ALM/JKP

List the full name of each plaintiff in this action.

VS.

Apple INC

Google LLC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

(1.) Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

Sharon K. Campbell   3500 Oak Lawn Ave
Michael Adkins   8150 N. Central Expy
Tracy              Dallas, TX

C. Results of the conference with counsel:

Havent talked In person yet

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: April 2021

2. Parties to previous lawsuit(s):

Plaintiff Eddie L. Williams & Kimberly Stilson.

Defendant Google LLC

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

U.S. District Court Eastern Texas

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned. _____

6. Disposition: Was the case dismissed, appealed or still pending?

Dismissed

7. Approximate date of disposition. _____

III.  Parties to this suit:

   A.  List the full name and address of each plaintiff:

   Pla #1 Eddie L. Williams
   4701 Legacy DR
   Plano, TX 75024

   Pla #2 _____

   B.  List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: Apple, INC
   1 Apple Park Way
   Cupertino, CA 95014

   Dft #2: Google LLC
   1600 Amphitheatre Parkway
   Mountain View, CA 94043

   Dft #3 _____

   Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Been harassed & treated like Big Tech property and not a consumer. Any devices I buy is tampered with. Own Linux laptop and found programs that I didn't download on device. Have proof on thumb drives. E-Bay banned me said I was a threat & danger to their community. How you talk to no one there. Any device I buy is compromised. Preferred browser I use can't find the server. Big Tech is very harassing. Also want all Data related to me returned or deleted.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Need relief for Big Tech to stop all negative actions. Need court order to have evidence removed from current laptop.

Signed this __12__ day of __August__, 20__24__.
 (Month) (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 12 August 2024
 Date

945-289-7396

Eddie J. Williams
4701 Legacy DR
Plano, TX 75024

Eddie J. Williams
Signature of each plaintiff