# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

### MAGISTRATE REFERRAL

CIVIL ACTION NO.  4:24-cv-750

Williams

       v.

Apple Inc. et al

Pursuant to a Standing Order, certain civil suits are referred at the time of the filing equally among magistrate judges.   Therefore, the above-entitled action has been referred to:

    Magistrate Judge  Johnson