UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Eddie L. Williams
(Plaintiff)

vs       Case No. _____

Apple INC & Google LLC
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Eddie L. Williams,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff Eddie L. Williams
Address 4701 Legacy DR
Plano, TX 75024

Phone 945-289-7396

Date 12 August 2024

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?   YES _____   NO ✓

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $_____ per month

    Employer _____

    _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $ 2000 per month

    Employer Legend Transportation

    _____

2. Is your spouse presently employed?   YES _____   NO ✓

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $_____ per month

    Employer _____

    _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment?  YES _____ NO __✓__

   (b) Rent payment, interest or dividends?  YES _____ NO __✓__

   (c) Pensions, annuities, or life insurance payment?  YES _____ NO __✓__

   (d) Gifts or inheritances?  YES _____ NO __✓__

   (e) Any other sources?  YES _____ NO __✓__

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   _____

   _____

   _____

4. How much cash do you and your spouse have? $ __800.00__ .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   _____

   _____

   _____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address _____

   Value of Home _____

   Motor Vehicle #1 Make, Year, Model __Cadillac 2011 SRX__

   Value of Motor Vehicle #1 __5,000__

3

Motor Vehicle #2 Make, Year, Model _____

Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____   NO __✓__

If the answer is "YES", describe the property and state its approximate value.

_____

_____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____N/A_____

_____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____   NO __✓__

If yes, describe below or on an attached sheet.

_____

_____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment ___$1900_____

Utilities (electricity, heating fuel, water, sewer, and phone) ___NONE___

Home maintenance (repairs and upkeep) ___NONE___

Food ___$300.00 month___

4

Clothing _____

Laundry and dry-cleaning $40.00 monthly

Medical and dental expenses Disabled Veteran

Transportation (not including motor vehicle payments) 218.25

Recreation, entertainment, newspapers, magazines, etc. _____

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance _____

    Motor vehicle insurance $213.00 monthly

    Other insurance $140 yearly

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle Motorcycle

    Credit card Pay off Immediately

    Department store credit card NONE

    Other installment payments NONE

Alimony, maintenance and support paid to others NONE

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) NONE

Other expenses NONE

5

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

unemployed at this time

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_Eddie J. Williams_
Signature of Applicant