# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| EDDIE L. WILLIAMS, § | |
| § | |
| Plaintiff, § | Civil Action No. 4:24-cv-00750 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| APPLE INC. et al., § | |
| § | |
| Defendants. § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #9) that Plaintiff Eddie L. Williams's claims against Defendants Apple Inc. and Google LLC be dismissed without prejudice for lack of subject-matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against the Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to CLOSE this civil action.

IT IS SO ORDERED.
SIGNED this 23rd day of June, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE